IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTECH SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, <br><br> Defendant. | Civil Action No. 1:13-cv-00067-SLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in this case stipulate and agree that the parties hereby dismiss all claims and counterclaims in this action, with prejudice, and each party will bear its own attorneys' fees and costs.

DATED: July 3, 2013          Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan A. Choa* | */s/ Stamatios Stamoulis* |
| Philip A. Rovner (#3215) | Stamatios Stamoulis (#4606) |
| Jonathan A. Choa (#5319) | Richard C. Weinblatt (#5080) |
| POTTER ANDERSON & CORRON LLP | STAMOULIS & WEINBLATT LLC |
| Hercules Plaza | Two Fox Point Centre |
| P.O. Box 951 | 6 Denny Road, Suite 307 |
| Wilmington, DE 19899 | Wilmington, DE 19809 |
| (302) 894-6000 | (302) 999-1540 |
| provner@potteranderson.com | stamoulis@swdelaw.com |
| jchoa@potteranderson.com | weinblatt@swdelaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Estech Systems, Inc.* | *Brandywine Communications Technologies, LLC* |

IT IS SO ORDERED THIS _____ day of July, 2013.

_____
The Honorable Sue L. Robinson
United States District Judge